AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JACQUELINE DIANNE WALLACE | ) | 5:25-mj-19-MJF |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/12/2024 and 8/20/2024__ in the county of __Bay__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(f) | Naturalization, citizenship or alien registry |

This criminal complaint is based on these facts:
See attached affidavit of Homeland Security Special Agent Stephen O'Brien, which is incorporated herein by reference

☑ Continued on the attached sheet.

STEPHEN L OBRIEN
Digitally signed by STEPHEN L OBRIEN
Date: 2025.05.01 11:43:01 -05'00'

*Complainant's signature*

Stephen O'Brien, HSI SA
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim P. 4.1 by reliable electronic means following e-mail submission.

Date: __05/01/2025__

*Judge's signature*

City and state: __Tallahassee, Florida__      Martin A. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

