IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA      UNDER SEAL

v.      CASE NO.: 5:25-mj-19-MJF

JACQUELINE DIANNE WALLACE
_____/

### CRIMINAL COMPLAINT AFFIDAVIT

I, Stephen O'Brien, being a duly sworn Special Agent for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations (HSI), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant is a Special Agent employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). Your affiant has been employed as a special agent since March 2020. I received federal law enforcement training at the Federal Law Enforcement Training Center in Glynco, GA, and received accredited State of Florida Law Enforcement Training at Gulf Coast State College in Panama City, FL. During the aforementioned training, I received training for multiple violations of federal and state laws including, but not limited to immigration related crimes, fraud, and organized criminal activity. Prior to becoming a special agent, I was employed as an investigator at the Bay County Sheriff's Office in Panama City

FL from 2010 to 2020. During my employment at the Bay County Sheriff's Office, I took part in over one hundred felony investigations and assisted in the execution of over one hundred search warrants and arrest warrants.

2. The purpose of this affidavit is to obtain an arrest warrant for Jacqueline Dianne WALLACE for a violation of 18 USC § 1015(f), Naturalization, citizenship or alien registry.

3. I make this Affidavit, in part, based on my personal knowledge gathered during my participation in this investigation, upon conversations with other agents and officers involved in this investigation, and upon facts and information from the following sources I believe to be reliable: interviews of material witnesses, and review of official records from State of Florida government agencies. This Affidavit is being submitted in support of a Criminal Complaint and Arrest Warrant for Jacqueline Dianne WALLACE. I have not set forth every fact learned during the course of the investigation but have included all facts those facts necessary for a finding of probable cause.

## PROBABLE CAUSE

4. On April 14, 2025, Homeland Security Investigations (HSI) Panama City, Florida office, received notice of a potential instance of federal voter fraud which occurred in Bay County, Florida. This information identified Jacqueline Dianne WALLACE, a citizen of Jamaica. WALLACE is an alien, non-immigrant

B2 visa overstay present in the United States. WALLACE entered the United States as a B2 visa visitor, who became an overstay. WALLACE was further identified as being an ineligible voter who both registered to vote in a federal election on January 12, 2024, and cast a vote in the presidential primary election on August 20, 2024. This information identified WALLACE's date of birth, country of citizenship as Jamaica, her address in Panama City Beach, Florida, as well as her email address, ███████████████████████.

5. Based on the above information, your affiant conducted records checks on WALLACE to determine both WALLACE's immigration status and eligibility to vote in federal elections in the United States. An initial review of WALLACE's immigration records identified WALLACE as a B2 visa overstay, showing no current legal status in the United States of America. WALLACE's most recent B2 visa expired on June 3, 2011. WALLACE's immigration records show she applied for Lawful Permanent Resident status on April 17, 2023. This application is still pending and does not grant WALLACE any benefit in the United States. On April 17, 2025, United States Citizenship and Immigration Services (USCIS) confirmed WALLACE has never received authorization to vote in elections in the United States of America.

6. Your affiant reviewed HSI records systems for entries associated with WALLACE and located an entry from the Customs and Border Protection (CBP)

Panama City, Florida, office. This record identified the seizure of counterfeit Jamaican driver's licenses which were inspected and seized by CBP after being shipped from Jamaica to an address in Panama City, Florida. One of the counterfeit Jamaican driver's licenses bears WALLACE's image, signature, and personal information. This counterfeit driver's license was examined by CBP personnel after the seizure. CBP determined this Jamaican driver's license to be counterfeit due to the lack of security features and details which are found on genuine Jamaican driver's licenses. Your affiant has encountered several counterfeit Jamaican driver's licenses since 2021. Your affiant believes out of status Jamaican nationals attempt to procure these counterfeit driver's licenses in an attempt to mask their lack of status in the United States. In Florida, an out of status non-immigrant would not be able to obtain a valid Florida driver's license.

7.  Your affiant reviewed WALLACE's State of Florida Department of Highway Safety and Motor Vehicles (DMV) records and positively identified WALLACE's full name, date of birth, alien registration number, current residential address, country of birth, and immigration documents provided to the DMV, as well as WALLACE's voting eligibility status. WALLACE's most recent DMV transaction on July 16, 2024, lists WALLACE as ineligible to vote in the section labelled Voter Application Status. WALLACE provided the DMV with an employment authorization card, a now expired Jamaican passport, a now expired B2

visa, and proof of residency documents. None of these items grant voting eligibility. One of the documents that WALLACE provided to the DMV as proof of residency was mail from Gulf Coast State College, which identified WALLACE as a student.

8. Your affiant requested records from the Bay County Supervisor of Elections Office (SEO), related to WALLACE's voting registration and voting history. The SEO provided records which identify that WALLACE registered to vote on January 12, 2024, utilizing the State of Florida online voter registration system. The SEO records also identified WALLACE as having voted by mail on August 20, 2024. WALLACE cast this mail-in vote for the 2024 presidential primary election. The SEO records identified that WALLACE requested the mail-in ballot on July 29, 2024. That mail-in ballot was sent to WALLACE's home, ▮ ▮ the same day. SEO records show that the mail-in ballot was delivered to election officials on August 12, 2024, with the vote being cast and registered on August 20, 2024. Additionally, the SEO provided your affiant with a copy of the physical mail-in ballot envelope used by WALLACE to cast her mail-in ballot. The front of the envelope contained WALLACE's handwritten name and address. The back of the envelope contained WALLACE's handwritten signature, along with her handwritten date, email address, and telephone number. WALLACE's signature, displayed on the back of the mail-in ballot envelope, appears to be the same as the signature WALLACE provided to

the DMV for her State of Florida driver's license. This signature on the ballot envelope also appears to be the same as the signature on WALLACE's seized counterfeit Jamaican driver's license.



**Counterfeit Jamaican driver's license seized by CBP on August 4, 2022.**



**Florida driver's license photograph and signature issued on July 16, 2024**



**Ballot envelope signature received by election officials on August 12, 2024**

9.     Your affiant requested records from the Florida Department of State Office of Election Crimes and Security (OECS), as they relate to WALLACE's voting registration and voting history. The OECS provided a record of WALLACE's online voter registration which identified that WALLACE selected and submitted the option claiming she was a United States citizen, despite not being one. WALLACE also included her full name, date of birth, the last four digits of her social security number, residential address, and email address. On this online registration, WALLACE listed her place of birth as Jamaica. OECS provided an internet protocol (IP) address **107.152.64.118** as the terminal identifier for the device used to complete the online registration. The registration was submitted through this IP address on January 12, 2024, beginning at 1300 hours and ending at 1303 hours. Your affiant researched the IP address and discovered it is registered to Gulf Coast State College (GCSC).

10.     On April 28, 2025, your affiant received records from Gulf Coast State College (GCSC) relating to WALLACE's student record and use of campus services. GCSC personnel provided records which identified WALLACE as a registered student since the spring semester of 2024. GCSC records show that on January 12, 2024, between 1256 hours and 1306 hours, a user utilized a GCSC IP address, **107.152.65.110,** to reset WALLACE's GCSC student account login password. This was done using the GCSC student services single sign on portal. In order to accomplish this reset, the user would need to provide WALLACE's unique student login credentials. During this same time frame a user updated WALLACE's GCSC student profile and submitted a residency declaration to GCSC. In order to submit this residency declaration, the user would need to provide WALLACE's unique student login credentials. This residency declaration was submitted through the GCSC owned IP address 107.152.72.4. This IP address indicates the submission took place utilizing a GCSC wireless internet access point, which would require the user to be physically present on campus. While the user was updating WALLACE's GCSC student information, WALLACE's voter registration was simultaneously submitted using a GCSC owned IP address, **107.152.64.118**. At the time of the voter registration submission, this GCSC computer terminal was located in the Student Union West building on the GCSC campus.

11. GCSC IT personnel confirmed that on January 12, 2024, IP address **107.152.65.110** was assigned to the single sign on portal which was used to reset WALLACE's GCSC student account login password. GCSC IT personnel further stated if a user was accessing the computer terminal assigned to IP address **107.152.64.118**, and then, while on that terminal, accessed the student services single sign on portal, they would be temporarily connected to IP address **107.152.65.110** when using the student services single sign on portal services. GCSC IT personnel confirmed the user would need WALLACE's unique student login credentials to conduct these GCSC-specific transactions. Finally, GCSC Personnel confirmed that on January 12, 2024, there were no classes or reserved events being held in the Student Union West building.

## CONCLUSION

Based on the facts listed above, your affiant believes there is probable cause to charge Jacqueline Dianne WALLACE with a violation of 18 USC § 1015(f), Naturalization, citizenship or alien registry.

STEPHEN L OBRIEN
Digitally signed by STEPHEN L OBRIEN
Date: 2025.05.01 11:48:25 -05'00'

Stephen O'Brien
Special Agent
Homeland Security Investigations

Subscribed and sworn to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on this __1ˢᵗ__ day of May, 2025, in Tallahassee, Florida, in that the above affiant attested to and submitted the contents of the foregoing written affidavit via reliable electronic means.

Honorable Martin A. Fitzpatrick
United States Magistrate Judge