AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JACQUELINE DIANNE WALLACE | ) Case No. 5:25-mj-19-MJF |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jacqueline Dianne Wallace                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 1015(f) - Naturalization, citizenship or alien registry


Date:    05/01/2025

_____
*Issuing officer's signature*

City and state:    Tallahassee, Florida         Martin A. Fitzpatrick, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

Stephen O'Brien, Special Agent HSI
*Printed name and title*

