IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 5:25MJ19-MJF

JACQUELINE DAINNE WALLACE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Assistant Federal Public Defender JANESE CARUTHERS, and gives notice that she will be counsel for the defendant in the above-styled case.

                                                   Respectfully Submitted,

                                                   JOSEPH F. DEBELDER
                                                   Federal Public Defender

                                                   */s/ Janese Caruthers*
                                                   JANESE CARUTHERS
                                                   Assistant Federal Public Defender
                                                   Fla. Bar No. 43509
                                                   227 N. Bronough Street, Suite 4200
                                                   Tallahassee, FL 32301
                                                   (850) 942-8818
                                                   (850) 942-8809 Fax
                                                   Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Notice of Electronic Filing to Eric Welch, Assistant United States Attorney, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301, this 6th day of May, 2025.

/s/ *Janese Caruthers*
JANESE CARUTHERS